584

448 A.2d 1168

Commonwealth v. Gaus, Appellant.

Petition for Allowance of Appeal Denied Nov. 15, 1982.

Submitted December 2, 1981. Douglas W. Herman, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.

448 A.2d 1168

Commonwealth v. Giamoni, Jr., Appellant.

Submitted February 17, 1982. Herbert V. Giobbi, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.